# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **YUSUF KALYANGO, PH.D.** | ) | CASE NO: 2:22-CV02028 |
| Plaintiff, | ) | JUDGE ALGENON L. MARBLEY |
| v. | ) | |
| | ) | **NOTICE OF FILING DEPOSITION IN SUPPORT OF PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| **OHIO UNIVERSITY** | ) | |
| Defendant. | ) | |
| | ) | |

Now comes the plaintiff, Yusuf Kalyango, Ph.D., by and through the undersigned counsel, and hereby provides notice to the Court and all parties that on May 30, 2023, he filed the transcript of the deposition of George Antonio Anaya to be used in support of Plaintiff's Brief in Opposition to Defendant's Motion for Summary Judgment.

Respectfully submitted,

s/*Gregory A. Beck*
Gregory A. Beck (0018260)
Mel L. Lute, Jr. (0046752)
Andrea K. Ziarko (0073755)
BAKER | DUBLIKAR
400 S. Main Street
North Canton, Ohio 44720
e-mail:   beck@bakerfirm.com
          lute@bakerfirm.com
          andreaz@bakerfirm.com
Telephone:   (330) 499-6000
Telecopier:  (330) 499-6423
***Counsel for Plaintiff, Yusuf Kalyango***

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Christopher E. Hogan
chogan@npkhlaw.com

Amy E. Kuhlman
akulman@npkhlaw.com

Counsel for Defendant

*s/Gregory A. Beck*
Gregory A. Beck (0018260)
Mel L. Lute, Jr. (0046752)
Andrea K. Ziarko (0073755)
BAKER | DUBLIKAR