**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **YUSUF KALYANGO, Ph.D.,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:22-cv-2028** |
| | : | |
| **v.** | : | **Chief Judge Algenon L. Marbley** |
| | : | |
| **OHIO UNIVERSITY,** *et al.*, | : | **Magistrate Judge Elizabeth P. Deavers** |
| | : | |
| **Defendants.** | : | |

## ORDER

This matter is before this Court on Plaintiff's Motion to Allow Plaintiff to Attend Settlement Conference by Telephone or Zoom. (ECF No. 48). Plaintiff Dr. Yusuf Kalyango now resides in Texas. (*Id.*). Plaintiff has made all necessary arrangements to attend the trial set on July 29, 2024, but attending the settlement conference would create a hardship that would require him to take additional days to fly to Ohio, attend the settlement conference, and return. (*Id.*). For good cause shown, Plaintiff's Motion is **GRANTED** and Plaintiff is permitted to attend the June 11, 2024 settlement conference **via phone**.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: June 10, 2024**