# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Yusuf Kalyango, Ph.D., | : | |
| | : | |
| Plaintiff, | : | Case No. 2:22-cv-02028 |
| | : | |
| v. | : | Judge Algenon L. Marbley |
| | : | |
| Ohio University, et.al., | : | Magistrate Judge Elizabeth Preston Deavers |
| | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(A)(1)(ii), Plaintiff and Defendants hereto stipulate and agree that the above matter is resolved between them and any claims which were brought, or which could have been brought, by Plaintiff herein against Defendants are dismissed with prejudice. Each party to bear their own costs and attorneys' fees.

The Court shall retain jurisdiction to enforce the terms of the parties' settlement.

Respectfully submitted,

| | |
|---|---|
| **BAKER, DUBLIKAR, BECK, WILEY & MATHEWS** | **DAVE YOST (0056290)**<br>ATTORNEY GENERAL OF OHIO |
| /s/*Gregory A. Beck* | /s/ *Christopher E. Hogan* |
| Gregory A. Beck (0018260)<br>beck@bakerfirm.com<br>Melvin L. Lute, Jr. (0046752)<br>lute@bakerfirm.com<br>Andrea K. Ziarko (0073755)<br>andreaz@bakerfirm.com<br>400 South Main Street<br>North Canton, Ohio 44720<br>Telephone: (330) 499-6000<br>Facsimile: (330) 499-6423<br>*Counsel for Plaintiff Yusuf Kalyango* | Christopher E. Hogan (0070236)<br>Trial Attorney<br>chogan@lnlattorneys.com<br>Amy E. Kuhlman (0083194)<br>akuhlman@lnlattorneys.com<br>Luper, Neidenthal & Logan, LPA<br>1160 Dublin Road, Suite 400<br>Columbus, Ohio 43215<br>Telephone: (614) 221-7663<br>Facsimile: (866) 345-4948<br>*Outside Counsel for Defendants* |